UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re | ) | Case No.    18-14561 |
| | ) | Chapter:       7 |
| Cara Breanne Turner, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF CHANGE OF ADDRESS

The Mortgage Law Firm, PLLC, counsel for Ditech Financial LLC in this bankruptcy case, hereby gives notice of the following change of mailing address effective immediately:

**OLD MAILING ADDRESS**
The Mortgage Law Firm, PLLC
101 Park Ave., Suite 1300
Oklahoma City, OK 73102

**NEW MAILING ADDRESS**
The Mortgage Law Firm, PLLC
421 NW 13th Street, Suite 300
Oklahoma City, OK 73103

Dated: December 10, 2018                             THE MORTGAGE LAW FIRM, PLLC

*/s/ Sally E. Garrison*
Sally E. Garrison, OBA # 18709
Shane M. Riddles-Hill, OBA # 32013
THE MORTGAGE LAW FIRM, PLLC
421 NW 13th Street, Suite 300
Oklahoma City, OK 73103
Telephone: (405) 246-0602
Facsimile: (405) 698-0007
sally.garrison@mtglawfirm.com
shane.riddles-hill@mtglawfirm.com

1

## CERTIFICATE OF SERVICE

This is to certify that I did, on this December 10, 2018, mail, *via* first class U.S. mail, a true and correct copy of the above and foregoing to:

<u>Debtor</u>
Cara Breanne Turner
PO Box 46
Randlett, OK 73562

<u>Attorney for Debtor</u>
Monte J. White
wf.ecf@aol.com
nancy@montejwhite.com
mjwlawton@outlook.com
ecfnotices-noreply@montejwhite.com
*Service accomplished through Court's CM/ECF system.

<u>Trustee</u>
Douglas N. Gould
5500 N. Western Ave., Ste 150
Oklahoma City, OK 73118
dg@dgouldlaw.net
dgould@ecf.epiqsystems.com
brook@dgouldlaw.net
*Service accomplished through Court's CM/ECF system.

                                            */s/ Sally E. Garrison*
                                            Sally E. Garrison, OBA # 18709